**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
VERA-LYNN QUATTLANDER,

                     Plaintiff,                         18 **CIVIL** 3229 (CS)

          -against-                                 **JUDGMENT**

WILLIAM RAY, II,

                    Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated October 29, 2021, "Under *Celotex*, the burden on

the moving party may be discharged by showing . . . that there is an absence of evidence to support

the nonmoving party's case. Because defendant has done so here," *Tingling v. Great Atl. & Pac. Tea

Co.*, No. 02-CV-4196, 2003 WL 22973452, at *2 (S.D.N.Y. Dec. 17, 2003) (cleaned up), and

Plaintiff has not in response presented admissible evidence raising genuine issues of material fact,

summary judgment is GRANTED.

**Dated:**  New York, New York
         October 29, 2021

                                  **RUBY J. KRAJICK**
                             _____
                                  **Clerk of Court**
**BY:**
                                  **Deputy Clerk**